IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01109-MSK-BNB

JOHN STURGIS,

Plaintiff,

v.

SERGEANT BRIAN CUMMINGS, individually,
RICHARD HALLMAN, individually,
DETECTIVE DONALD CHAGNON, individually,
SERGEANT CRAIG SIMPSON, individually, and
CITY OF COLORADO SPRINGS,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 22, filed November 15, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
　　The parties shall designate all experts and provide opposing
　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　on or before **February 10, 2014**;

　　The parties shall designate all rebuttal experts and provide
　　opposing counsel with all information specified in Fed. R. Civ. P.
　　26(a)(2) on or before **March 10, 2014**;

| | |
|---|---|
| Discovery Cut-off: | **April 7, 2014**; |
| Dispositive Motion Deadline: | **May 5, 2014**. |

DATED: November 18, 2013