IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01109-MSK-BNB

JOHN STURGIS,

Plaintiff,

v.

SERGEANT BRIAN CUMMINGS, individually,
RICHARD HALLMAN, individually,
DETECTIVE DONALD CHAGNON, individually,
SERGEANT CRAIG SIMPSON, individually, and
CITY OF COLORADO SPRINGS,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Joint Motion for Stay** [Doc. # 36, filed 1/27/2014], which is DENIED.

The parties request a stay of proceedings until February 28, 2014, and an extension of virtually every pretrial deadline "to see if a settlement can be achieved without the pressures of continuing litigation, which is often counterproductive during such a process." Joint Motion for Stay [Doc. # 36] at ¶5. In this district, parties are expected to pursue settlement and trial preparation simultaneously. Settlement discussions do not constitute good cause to stay and otherwise delay proceedings.

IT IS ORDERED that the Joint Motion for Stay [Doc. # 36] which is DENIED.

Dated January 28, 2014.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge