IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01109-MSK-BNB

JOHN STURGIS,

Plaintiff,

v.

SERGEANT BRIAN CUMMINGS, individually,
RICHARD HALLMAN, individually,
DETECTIVE DONALD CHAGNON, individually,
SERGEANT CRAIG SIMPSON, individually, and
CITY OF COLORADO SPRINGS,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 35, filed January 27, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the Scheduling Order is amended as follows:.

The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 25, 2014**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 25, 2014**;

| | |
|---|---|
| Discovery Cut-Off: | **April 22, 2014**; |
| Dispositive Motion Deadline: | **May 20, 2014.** |

DATED:  January 29, 2014