IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01109-MSK-BNB

JOHN STURGIS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal with Prejudice (Motion) **(#42)** filed March 10, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendants, Sergeant Brian Cummings, Richard Hallman, Detective Donald Chagnon and Sergeant Craig Simpson are hereby dismissed, with prejudice, each party to pay his, her or its own attorney's fees and costs.  All future captions shall so reflect.

DATED this 11th day of March, 2014.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Court